1 | Thiago Coelho, SBN 324715
2 | thiago@wilshirelawfirm.com
  | **WILSHIRE LAW FIRM**
3 | 3055 Wilshire Blvd., 12th Floor
  | Los Angeles, California 90010
4 | Telephone: (213) 381-9988
5 | Facsimile: (213) 381-9989
6 | *Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-02018-TSH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| THE JOHNNY ROCKETS GROUP, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff Juan Alcazar hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: February 19, 2021                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 19, 2021              */s/ Thiago M. Coelho*
                                                                                Thiago M. Coelho